**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE:  
TIMOTHY ROBERT TOOTLE  
KAREN LYNN TOOTLE  
264 JOHNS CEMETERY RD  
PULASKI, TN 38478  
SSN XXX-XX-9925    SSN XXX-XX-8493

CASE **16-01424-RM1-13**  
JUDGE RANDAL S MASHBURN  
4/22/2016

## NOTICE OF CONFIRMATION AND PLAN TERMS

ON **04/20/2016** the debtor(s) Chapter 13 plan, as amended, was confirmed by order of **JUDGE RANDAL S MASHBURN**. This order provides an extension of the finality date to provide all parties in interest the opportunity to review the plan or its terms and seek relief from its term pursuant to Rule 9023, Federal Rules Bankruptcy. Any application for relief under Rule 9023 must be filed with the court on or before **05/15/2016**. Thereafter, the confirmed plan will be deemed final and binding on all parties pursuant to 11 U.S.C. §1327.

**T. TOOTLE** to pay **$237.00 WEEKLY**

to the Trustee who shall disburse funds pursuant to the terms of the confirmed plan.

To the Court Clerk the sum of **$235.00 [Class 1]** and **$75.00 [Class 2]** for filing and noticing fees.

---

The plan requires the Trustee to maintain ongoing mortgage payments as follows:

**There are no long term claims paid by the Trustee.**

---

As of the date of this notice, the following notice of post petition fees, expenses, and charges has been filed:

| Creditor/Collateral | Claim Amount | Monthly Payment | Class |
|---|---|---|---|
| --------------- NONE --------------- | | | |

---

The court has fixed a value on the collateral held by all secured creditors, which value shall be deemed the extent of the secured claim. Such creditors shall retain the lien on their collateral and shall be treated as follows:

| Creditor/collateral | Secured Claim | Interest | Monthly Payment | Class |
|---|---|---|---|---|
| * **CAPITAL ONE AUTO FINANCE**  *13 KIA OPTIMA* | $13,900.00 | 5.00% | $263.00 | 4 |
| * **FARMERS FURNITURE**  *WAREHOUSE HOME FURN ICEMAKER REFRIG RECL'G SOFA & ROCKER TABLE LAMP 2PC GROUP PROTECTANT 3PK CKT & 2 ENDS* | $500.00 | 3.50% | $10.00 | 4 |

The Trustee will calculate post petition interest due, if any, on these claims as fixed by the plan, and will pay such interest along with the principal.

---

To creditors holding claims secured by a purchase money security interest in a motor vehicle incurred within 910 days preceding the petition or secured by a purchase money security interest in any other thing of value incurred in the 1 year period preceding the filing as follows:

| Creditor/Collateral | Interest | Claim Amt To Be Pd | Monthly Payment | Class |
|---|---|---|---|---|
| * ALLY BANK<br>*(13 DODGE DURANGO / 910 AUTOMOBILE LOAN* | 3.50% | $28,815.91 | $524.50 | 4 |

Each creditor listed above shall retain its lien pursuant to 11 U.S.C. § 1325(a)(5)(b) until the earlier of (1) payment of the underlying debt determined under nonbankruptcy law or (2) discharge under 11 U.S.C. § 1328, at which time the lien shall terminate and be released by the claimholder.

To any creditor deemed to have accepted the plan (as designated by an *), the Trustee shall pay the allowed claim as a secured claim under this paragraph only to the extent of the claim amount stated above. The portion of any such allowed claim that exceeds the claim amount stated above will be treated as an unsecured claim under paragraph 3(i).

To the debtors' attorney, **J ROBERT HARLAN**, the sum of **$4,000.00** to be paid at **$100.00 per month.** [Class 3]

Total fee awarded is **$4,000.00** .

The plan treats executory contracts as follows:

| Creditor | Comment | Claim Amount | Monthly Payment | Class |
|---|---|---|---|---|
| **AT T** | *(CELL PHONE service)* | | | REJECT CONTRACT |
| **BESTWAY RENTAL** | *(WASHER DRYER)* | | | REJECT CONTRACT |

The plan treats some unsecured claims differently than others. The following claims to unsecured claimholders, in classes and paid in classes, sequentially as shown below:

| Creditor Name | Interest | Dividend | Claim | Class |
|---|---|---|---|---|
| --------------- NONE --------------- | | | | |

The plan establishes a minimum dividend to general unsecured creditors, with timely claims but may establish a dividend to some creditors that differ from others. The following claims will be paid in the general unsecured class:

| Creditor Name | Interest | Dividend | Claim | Account | Class |
|---|---|---|---|---|---|
| * BECKET AND LEE LLP | 0.00% | 20.00% | $8,876.52 | xxxxxxxx5662 | 5 |
| * CAPITAL ONE AUTO FINANCE | 0.00% | 20.00% | $8,268.25 | xxxxxxxx9491 | 5 |
| CENTER ADVANCED SURG SOLUTIONS | 0.00% | 20.00% | $0.00 | xxxxxxxx0512 | 5 |
| CHASE | 0.00% | 20.00% | $0.00 | xxxxxxxx8242 | 5 |
| COVINGTON CREDIT | 0.00% | 20.00% | $0.00 | xxxxxxxx | 5 |
| DR SCOTT FARQUHAR | 0.00% | 20.00% | $0.00 | xxxxxxxx0609 | 5 |
| * FARMERS FURNITURE | 0.00% | 20.00% | $2,582.18 | xxxxxxxx0183 | 5 |
| GA CELL TISSUE | 0.00% | 20.00% | $0.00 | xxxxxxxx2876 | 5 |
| GILES COUNTY GENERAL SESSIONS COURT | 0.00% | 20.00% | $0.00 | xxxxxxxx | 5 |
| * HILLSIDE HOSPITAL | 0.00% | 20.00% | $570.54 | xxxxxxxx3128 | 5 |
| INSIGHT RADIOLOGY | 0.00% | 20.00% | $0.00 | xxxxxxxx | 5 |
| MAURY REGIONAL EMERGENCY DEPARTMENT | 0.00% | 20.00% | $0.00 | xxxxxxxx1497 | 5 |
| * SECURITY FINANCE | 0.00% | 20.00% | $1,306.00 | xxxxxxxx9456 | 5 |
| SMITH NORTHVIEW CAMPUS SGMC | 0.00% | 20.00% | $0.00 | xxxxxxxx5318 | 5 |
| SO TN REGIONAL HEALTH SYSTEMS | 0.00% | 20.00% | $0.00 | xxxxxxxx | 5 |
| SOUTH GEORGIA ANESTHESIA SPEC | 0.00% | 20.00% | $0.00 | xxxxxxxx2541 | 5 |
| SUN LOAN | 0.00% | 20.00% | $0.00 | xxxxxxxx4635 | 5 |
| VALDOSTA MEDICAL CLINIC | 0.00% | 20.00% | $0.00 | xxxxxxxx5555 | 5 |

---

The following parties will receive future notices, but no distribution will be made to them under the confirmed plan:

**SELECT PORTFOLIO SERVICES**

---

**SUN LOAN treated unsecured and liens avoided per 522(f). (VOID LIEN HHG)**

---

**Post-petition claims, allowed pursuant to 11 U.S.C. §1305, shall be paid in full pro rata but subordinated to the payment of pre-petition unsecured claims. [Class 6]**

---

Generally, any claim, proof of which is not filed before **07/17/2016**, shall be disallowed. Claims of government units, proofs of which are not filed before **08/27/2016**, shall be disallowed. Scheduled claims, proofs of which are not filed, or which claims are disallowed are subject to being discharged if the debtor(s) complete the plan, except as specifically provided by law.

The court has found that the Debtor has complied with the requirements of §521(a)(1)(B) and the case is not dismissed pursuant to §521(i).

Unsecured creditors shall receive their prorata portion of the Unsecured Pool that remains after satisfaction of all allowed priority and administrative claims, not to be less than **20.000%** of such claims. **[Class 5]**

The unsecured pool shall be increased by the "base" amount not needed to satisfy allowed secured, priority, and administrative claims (including the trustee's commission).

The plan establishes a minimum pool of funds to be paid to all unsecured creditors called the "unsecured pool". Nonpriority unsecured creditors holding allowed claims shall receive a pro rata share of the unsecured pool after allowed unsecured priority and administrative claims have been satisfied. The plan establishes the Unsecured Pool at **N/A**.

The plan sets a minimum pool of funds to be paid to the Trustee by the debtor(s) called a base. The debtor(s) must pay this base or allowed claims in full before a discharge may be entered. The base is fixed at **$61,600.00**.

All property shall remain property of the estate and shall vest in the debtor only upon **discharge or the closing of the case, whichever occurs earlier**. The debtor shall be responsible for the preservation and protection - including insurance - of all property of the estate.

Please note that this Notice is only a summary of the plan as confirmed by the Court. You are cautioned to review the Court's order approving the plan, available on PACER at http://ecf.tnmb.uscourts.gov.

**/s/HENRY E HILDEBRAND, III**
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN 37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

**\*** An asterisk denotes that a proof of claim has been filed for the listed creditor. No disbursements will be made on any claim pursuant to the plan unless an allowed proof of claim is filed.