JA 5-4-16

### CHAPTER 13 TRUSTEE'S FIRST MEETING OF CREDITORS QUESTIONNAIRE

THIS FORM MUST BE COMPLETED, SIGNED AND RETURNED BY EACH
DEBTOR TO THE TRUSTEE AT THE TIME OF YOUR MEETING OF CREDITORS

Name:   **TIMOTHY ROBERT TOOTLE**

Case No.   **16-01424-RM1-13**

341 Date:   **April 18, 2016  9:00 am**

---

1. Is your current mailing address?                                                  Yes  ✓  No ____

   264 JOHNS CEMETERY RD, PULASKI, TN  38478

   Email address (if not above): _____ NONE

   If your address is not correctly listed, indicate your correct mailing address:

   _____

---

2. What is your current phone number?

   Home phone: _____        Cell phone:  931 - 638 - 2481

---

3. Do you have a domestic support obligation such as child support?        Yes ____  No ✓

   If yes, please provide the following :

   Claimant's name (person you owe): _____

   Address: _____

   Payment amount:                                                        $ _____

   If yes, are you current on your domestic support obligation payments since filing your Chapter 13 case?    Yes ____  No ____

---

4. Have you filed all required tax returns for the past four years?        Yes ✓  No ____

                                                        Not required to file a tax return _____

   If no, why not and identify the specific years: _____

---

5. Have you previously filed bankruptcy?                                  Yes ✓  No ____

   If yes, under what chapter did you file, when did you file,
   where did you file and state if you received a discharge?        Chapter 7  2000  GA  yes

---

6. Are you currently employed at:                                          Yes ✓  No ____

   **BIG G EXPRESS   ATTN: PAYROLL P O BOX 1650 SHELBYVILLE, TN  37162**

---

7. If you have had a change in employment since filing your Chapter 13 case-

Name & address of new employer _____

_____

_____

New monthly income amount                                                                      $ _____

How often are you paid ?                        Weekly ____ Every two weeks _____ Semi-Monthly ____ Monthly_____

| | |
|---|---|
| 8. Did you personally read and then sign the petition, schedules, statements and related documents? | Yes ✓ No ____ |
| 9. Is the signature on the petition and the schedules your own? | Yes ✓ No ____ |
| 10. Did you list everyone you owe money to in your schedules and statements? | Yes ✓ No ____ |
| 11. Did you list everything you own in your schedules and statements? | Yes ✓ No ____ |
| 12. Do you have a lawsuit or potential lawsuit against any person or company? | Yes ____ No ✓ |
| 13. I have reviewed my budget today. The budget is accurate and I can live on this budget. | Yes ✓ No _____ |

14. Identify the attorney or other individual with whom you determined which chapter to file under.        _Harlan_____

Identify the attorney or other individual who assisted you in the preparation of your Chapter 13 plan.        _Harlan_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS MADE HEREIN ARE TRUE AND CORRECT.

_____4 - 18 - 16_____                                                     _____
Date                                                                                           Debtor's Signature

**J ROBERT HARLAN**_____
Debtors Attorney

J ROBERT HARLAN

## CHAPTER 13 TRUSTEE'S FIRST MEETING OF CREDITORS QUESTIONNAIRE

### THIS FORM MUST BE COMPLETED, SIGNED AND RETURNED BY EACH DEBTOR TO THE TRUSTEE AT THE TIME OF YOUR MEETING OF CREDITORS

Name: **KAREN LYNN TOOTLE**

Case No. **16-01424-RM1-13**

341 Date: **April 18, 2016  9:00 am**

---

1. Is your current mailing address?　　　　　　　　　　　　　Yes ✓　No ___

   264 JOHNS CEMETERY RD, PULASKI, TN  38478

   Email address (if not above): _Karentootle @yahoo.com_

   If your address is not correctly listed, indicate your correct mailing address:

   _____

   _____

---

2. What is your current phone number?

   Home phone: _____　　Cell phone: _931-638-5168_

---

3. Do you have a domestic support obligation such as child support?　　Yes ___　No ✓

   If yes, please provide the following :

   Claimant's name (person you owe): _____

   Address: _____

   Payment amount:　　　　　　　　　　　$_____

   If yes, are you current on your domestic support obligation payments since filing your Chapter 13 case?　　Yes ___　No ___

---

4. Have you filed all required tax returns for the past four years?　　Yes ✓　No ___

   Not required to file a tax return _____

   If no, why not and identify the specific years: _____

---

5. Have you previously filed bankruptcy?　　Yes ✓　No ___

   If yes, under what chapter did you file, when did you file,
   where did you file and state if you received a discharge?　_Chapter 7  1994  GA  yes_

---

6. Are you currently employed at:　　Yes ✓　No ___

   _Home Depot_
   _Pulaski TN_

---

| 7. If you have had a change in employment since filing your Chapter 13 case: | Yes ✔ No ___ |

New monthly income amount                                                      $ 700⁰⁰

Name & address of new employer          HOME DEPOT

                                        Pulaski TN

How often are you paid ?    Weekly ___  Every two weeks ✔  Semi-Monthly ___  Monthly ___

| 8. Did you personally read and then sign the petition, schedules, statements and related documents? | Yes ✔ No ___ |

| 9. Is the signature on the petition and the schedules your own? | Yes ✔ No ___ |

| 10. Did you list everyone you owe money to in your schedules and statements? | Yes ✔ No ___ |

| 11. Did you list everything you own in your schedules and statements? | Yes ✔ No ___ |

| 12. Do you have a lawsuit or potential lawsuit against any person or company? | Yes ___ No ✔ |

| 13. I have reviewed my budget today. The budget is accurate and I can live on this budget. | Yes ✔ No ___ |

14. Identify the attorney or other individual with whom you determined which chapter to file under.    Harlan

Identify the attorney or other individual who assisted you in the preparation of your Chapter 13 plan.    Harlan

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS MADE HEREIN ARE TRUE AND CORRECT.

4 - 18 - 16
_____
Date

Karen L Tootle
_____
Debtor's Signature

J ROBERT HARLAN
_____
Debtors Attorney