IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

In re:

  Timothy Robert Tootle                                    BK:     16-01424-RM1-13
  264 Johns Cemetery Road, Pulaski, TN 38478
  xxx-xx-9925
  Karen Lynn Tootle     AKA Karen Martin; AKA Karen Guy
  264 Johns Cemetery Road, Pulaski, TN 38478
  xxx-xx-8493
  Debtors

---

The Deadline for Filing a Timely Response Is: 6/14/2016
If a Response Is Timely Filed, the Hearing Will Be: 7/8/2016
Time:   9:00 a.m. at the Columbia Federal Bldg, 815 S Garden St., Columbia, TN 38401

---

### NOTICE OF MOTION FOR PLAN MODIFICATION

Timothy Robert Tootle and Karen Lynn Tootle have asked the court for the following relief: Modify the Chapter 13 Plan

**YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion by entering the attached order, or if you want the court to consider your views on the motion, then on or before the response date stated above, you or your attorney must:

1. File with the court your response or objection explaining your position. Please note: the Bankruptcy Court for the Middle District of Tennessee requires electronic filing. Any response or objection you wish to file must be submitted electronically. To file electronically, you or your attorney must go to the court website and follow the instructions at: <https://ecf.tnmb.uscourts.gov>.
   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).
2. Your response must state the deadline for filing responses, the date of the scheduled hearing and the motion to which you are responding.

If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. **THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.** You may check whether a timely response has been filed by viewing the case on the court's website at <https://ecf.tnmb.uscourts.gov>.

If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

    Date:   May 24, 2016                              /s/ J. Robert Harlan
                                                                  J. Robert Harlan - BPR No. 010466
                                                                  Harlan, Slocum & Quillen
                                                                  Attorney for the Debtor
                                                                  39 Public Square
                                                                  PO Box 949
                                                                  Columbia, TN 38402-0949
                                                                  Phone - 931/381-0660
                                                                  Fax - 931/381-7627
                                                                  bob@robertharlan.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

In Re:
Timothy Robert Tootle					BK:	16-01424-RM1-13
264 Johns Cemetery Road, Pulaski, TN 38478
xxx-xx-9925
Karen Lynn Tootle AKA Karen Martin; AKA Karen Guy
264 Johns Cemetery Road, Pulaski, TN 38478
xxx-xx-8493
Debtors

## MOTION FOR PLAN MODIFICATION

Comes the debtors through counsel and would request the Court to modify the confirmed Chapter 13 plan.  This modification is necessary to reflect the changes in the terms of the plan confirmed by Order entered April 20, 2016 (ECF 23) as it pertains to the claim of Ally Bank (ECF claim 1).  The parties agreed to treatment for this claim but that treatment was not included in the terms of the confirmed plan.  This Order makes those changes to the plan to reflect the agreement of the parties.

The claim of Ally Bank shall be treated as a claim that is not subject to modification under section 506 (a "910 car claim") to receive a fully secured value of $28,815.91 with 5.5% interest and a payment of $551.00  per month as class 3.  The Chapter 13 plan payments shall increase to $243.00 per week and a new payroll deduction order shall issue in that amount.  The plan base increases to $63,180.00 over an estimated plan length of 60 months.

STATEMENT OF IMPACT pursuant to Local Rule 3105-2

1.	Change in dividend to unsecured claims: none

2.	Change in the length of the plan: none

3.	Change in periodic plan payment: Increase to $243.00 weekly

4.	Change in secured claim treatment: Change Ally bank claim to receive a value of $28,815.91 at $551.00 per month with 5.5% interest as class 3.

BASED ON THE FOREGOING, the debtors' request the Court to make the following

changes in the confirmed plan:

1. Increase the Chapter 13 plan payments to $243.00 per week and issue a new payroll deduction order for that amount. Change the plan base to $63,180.00.

2. Change the plan treatment for Ally Bank to receive a value of $28,815.91 at $551.00 per month with 5.5% interest as class 3.

3. Based upon this case having been recently confirmed the debtors request the Court to waive the requirement for a comparative budget under Local Rule 3015-2(a).

4. Leave all other provisions of the Chapter 13 confirmation order unchanged.

Respectfully submitted May 24, 2016.

   /s/   J. Robert Harlan
J. Robert Harlan - BPR No. 010466
Harlan, Slocum & Quillen
Attorney for the Debtors
39 Public Square
PO Box 949
Columbia, TN 38402-0949
Phone - 931/381-0660
Fax - 931/381-7627
bob@robertharlan.com

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have mailed a true and exact copy of the foregoing to Timothy Robert Tootle and Karen Lynn Tootle, to Victoria Ferraro, Esquire, Prochaska Quinn & Ferraro, P.C., 401 Church Street, Suite 2600, Nashville, TN 37219, to all creditors and any parties in interest, sent by Electronic Case Noticing to the Chapter 13Trustee, Henry E. Hildebrand, III and to the U.S. Trustee's Office May 24, 2016.

   /s/   J. Robert Harlan
J. Robert Harlan
Harlan, Pierce & Slocum

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

In Re:
Timothy Robert Tootle                             BK:    16-01424-RM1-13
Karen Lynn Tootle   AKA Karen Martin;
AKA Karen Guy
Debtors

## ORDER MODIFYING CHAPTER 13 PLAN

This order is submitted to the Court by the debtors through counsel for the purpose of approving a Chapter 13 plan modification. A Motion was filed by the debtors and notice was provided to all creditors pursuant to Local Bankruptcy Rule 9013 and no timely objection was raised. The Court finds the motion should be approved.

IT IS, THEREFORE, ORDERED, the Chapter 13 plan is modified as follows:

1. The Chapter 13 plan payment is increased to $ 243.00 weekly . The Chapter 13 Trustee will issue a new payroll deduction order on the wages of Timothy Tootle.

2. A new base is established of $63,180.00 over 60 month plan.

3. The claim of Ally Bank shall be treated as a claim that is not subject to modification under section 506 (a "910 car claim") to receive a fully secured value of $28,815.91 with 5.5% interest and a payment of $551.00 per month as class 3.

4. Based upon this case having been recently confirmed, the requirement for a comparative budget under Local Rule 3015-2(a) is waived.

4. All other provisions of the Chapter 13 plan confirmed April 20, 2016, remain unchanged.

**This order was signed and entered electronically as indicated at the top of the first page.**

APPROVED FOR ENTRY:

/s/ J. Robert Harlan
 J. Robert Harlan - BPR No. 010466
Harlan, Slocum & Quillen
Attorney for the Debtors
39 Public Square
PO Box 949
Columbia, TN 38402-0949
Phone - 931/381-0660
Fax - 931/381-7627
bob@robertharlan.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

In Re:
Timothy Robert Tootle  BK: 16-01424-RM1-13
Karen Lynn Tootle AKA Karen Martin; AKA Karen
Guy
Debtors

## CERTIFICATE OF COMPLIANCE

I, J. Robert Harlan, do certify that I have complied with the noticing requirement of Local Bankruptcy Rule 9013-1 by mailing, a copy of the attached document pertaining to Timothy Robert Tootle and Karen Lynn Tootle, to Victoria Ferraro, Esquire, Prochaska Quinn & Ferraro, P.C., 401 Church Street, Suite 2600, Nashville, TN 37219, to all creditors and any parties in interest, sent by Electronic Case Noticing to the Chapter 13Trustee, Henry E. Hildebrand, III and to the U.S. Trustee's Office May 24, 2016.

/s/ J. Robert Harlan
J. Robert Harlan - BPR No. 010466
Harlan, Slocum & Quillen
Attorney for the Debtors
39 Public Square
PO Box 949
Columbia, TN 38402-0949
Phone - 931/381-0660
Fax - 931/381-7627
bob@robertharlan.com

No. of copies mailed _____32_____

No. of certified copies _____

/

TIMOTHY ROBERT TOOTLE
264 JOHNS CEMETERY ROAD
PULASKI TN 38478

KAREN LYNN TOOTLE
264 JOHNS CEMETERY ROAD
PULASKI TN 38478

J. ROBERT HARLAN
HARLAN, SLOCUM & QUILLEN
39 PUBLIC SQUARE
PO BOX 949
COLUMBIA, TN 38402-0949

SCOTT FARQUHAR MD
C/O PROFRESSIONAL DEBT MEDICAL
7948 BAY MEADOWS WAY 2ND FLOOR
JACKSONVILLE FL 32256

ALLY FINANCIAL
PO BOX 380901
BLOOMINGTON MN 55438

ASCENSION CAPITAL GROUP
PO BOX 201347
ARLINGTON TX 76006

AT&T
C/O BANKRUPTCY
1801 VALLEY VIEW LN
DALLAS TX 75234

BESTWAY RENTAL
104 NORTHWAY SHOPPING CENTER
COLUMBIA TN 38401

CAPITAL ONE AUTO FINANCE
7933 PRESTON RD
PLANO TX 75024

CENTER ADVANCED SURG SOLUTIONS
C/O NATIONWIDE RECOVERY SERVICE
545 WEST INMAN ST
CLEVELAND TN 37311

CHASE
PO BOX 15298
WILMINGTON DE 19050

CORPORATE CREDIT
PO BOX 1140
DUBLIN GA 31040-1140

```
COVINGTON CREDIT
1187 W COLLEGE STREET
PULASKI TN 38478

FARMERS HOME FURNITURE
HWY 72 W 625B
ATHENS AL 35611

FERRARO, VICTORIA ATTY
WILLIAMS & PROCHASKA
401 CHURCH ST SUITE 2600
NASHVILLE TN 37219

GA CELL  TISSUE
COLLECTION BUREAU OF SOUTHWEST GEORGIA
PO BOX 70398
ALBANY GA 31708

GILES COUNTY GENERAL SESSIONS COURT
PO BOX 678
PULASKI TN 38478

HILLSIDE HOSPITAL
1265 E COLLEGE ST
PULASKI TN 38478

INSIGHT RADIOLOGY
PO BOX 5000
LEBANON TN 37088

LAWLESS & ASSOCIATES, P.C.
SUITE 403, THE CUSTOMS HOUSE
701 BROADWAY
NASHVILLE TN 37203

MAIN STREET ACQUISITION CORP
3950 JOHNS CREEK COURT
SUITE 100
SUWANEE GA 30024

MAURY REGIONAL EMERGENCY DEPARTMENT
C/O REVENUE RECOVERY CORP
PO BOX 2698
KNOXVILLE TN 37901-2698

MENDELSON LAW FIRM
PO BOX 17235
799 ESTATE PLACE
MEMPHIS TN 38187-0235

NATIONAL BANKRUPTCY SERVICES
9441 LBJ FREEWAY
SUITE 250
DALLAS TX 75243
```

```
                NPAS, INC.
                PO BOX 99400
                LOUISVILLE KY 40269

                SECURITY FINANCE
                1012 MILL ST
                PULASKI TN 38478

                SELECT PORTFOLIO SERVICES
                ATTN: BANKRUPTCY DEPT
                PO BOX 65250
                SALT LAKE CITY UT 84165

                SMITH NORTHVIEW CAMPUS SGMC
                C/O CBA TIFTON
                321 MAIN ST
                TIFTON GA 31794

                SO TN REGIONAL HEALTH SYSTEMS
                PO BOX 99400
                LOUISVILLE KY 40269

                SOUTH GEORGIA ANESTHESIA SPEC
                C/O ONLINE COLLECTIONS
                PO BOX 1489
                WINTERVILLE NC 28590

                SUN LOAN
                211 VILLAGE SQUARE
                PULASKI TN 38478

                VALDOSTA MEDICAL CLINIC
                C/O NATIONAL CREDIT SYSTEMS
                117 E 24TH ST
                NEW YORK NY 10010
```