**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

IN RE:

TIMOTHY ROBERT TOOTLE  
KAREN LYNN TOOTLE  
264 JOHNS CEMETERY RD  
PULASKI, TN  38478

Case No.**16-01424-RM1-13**

JUDGE RANDAL S MASHBURN

SSN XXX-XX-9925    SSN XXX-XX-8493

**TRUSTEE'S NOTICE OF INTENT TO PAY CLAIMS**

Comes now the standing Chapter 13 Trustee who hereby serves notice that the following claims have been examined. The deadline for filing non government claims in this case was **07/18/2016**. The deadline for filing claims by governmental units was **08/29/2016**. After such examination the Trustee states that claims should be deemed allowed, or 'not filed' as indicated below:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| 1305 CLAIM<br>NO ADDRESS GIVEN<br>,    00000 | $0.00<br>DATE FILED: NOT FILED | UNSECURED - 1305 (O)<br>Disb level: 42<br><br>ACCT:<br>COMM: |
|  | TRUSTEE'S CLAIM NO: 1<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# |
| ALLY BANK<br>PAYMENT PROCESSING CENTER<br>P O BOX 78367<br>PHOENIX, AZ  85062 | $28,815.91<br>DATE FILED: 3/4/2016 | 910 AUTOMOBILE LOAN (W)<br>Disb level: 21<br><br>ACCT: **6816**<br>COMM: 13 DODGE DURANGO/AMND'D PER ORDER 6/21/16 |
|  | TRUSTEE'S CLAIM NO: 2<br>PERCENT ALLOWED: **100.00 % + 5.50%** | COURT'S CLAIM# 1 |
| CAPITAL ONE AUTO FINANCE<br>ASCENSION CAPITAL GROUP<br>P O BOX 201347<br>ARLINGTON, TX  76006 | $13,900.00<br>DATE FILED: 3/30/2016 | AUTOMOBILE LOAN (V)<br>Disb level: 21<br><br>ACCT: **9491**<br>COMM: 13 KIA OPTIMA |
|  | TRUSTEE'S CLAIM NO: 3<br>PERCENT ALLOWED: **100.00 % + 5.00%** | COURT'S CLAIM# 4 |

| | | |
|---|---|---|
| FARMERS FURNITURE<br>P O BOX 1140<br>DUBLIN, GA  31040 | **$500.00**<br>DATE FILED: 3/9/2016 | SECURED CREDITOR (F)<br>Disb level: 21<br><br>ACCT: **0183**<br>COMM: WAREHOUSE HOME FURN ICEMAKER REFRIG RECL'G SOFA & ROCKER TABLE LAMP 2PC GROUP PROTECTANT 3PK CKT & 2 ENDS |
| | TRUSTEE'S CLAIM NO: 4<br>PERCENT ALLOWED: **100.00 % + 3.50%** | COURT'S CLAIM# 2 |

| | | |
|---|---|---|
| SUN LOAN<br>211 VILLAGE SQUARE<br>PULASKI, TN  38478 | **$0.00**<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **4635**<br>COMM: VOID LIEN HHG |
| | TRUSTEE'S CLAIM NO: 5<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| DR SCOTT FARQUHAR<br>PROFESSIONAL DEBT MEDICAL<br>7948 BAY MEADOWS WAY 2ND FLOOR<br>JACKSONVILLE, FL  32256 | **$0.00**<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **0609**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 6<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| CENTER ADVANCED SURG SOLUTIONS<br>NATIONWIDE RECOVERY SERVICE<br>545 WEST INMAN ST<br>CLEVELAND, TN  37311 | **$0.00**<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **0512**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 7<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| CHASE<br>P O BOX 15298<br>WILMINGTON, DE  19850 | **$0.00**<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **8242**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 8<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| COVINGTON CREDIT<br>SOUTHERN MANAGEMENT CORPORATION<br>P O BOX 1947<br>GREENVILLE, SC  29602 | **$571.02**<br>DATE FILED: 5/27/2016 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **8399**<br>COMM: TN0042 |
| | TRUSTEE'S CLAIM NO: 9<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 7 |
| GA CELL TISSUE<br>COLLECTION BUREAU OF SOUTHWEST GEORGIA<br>P O BOX 70398<br>ALBANY, GA  31708 | **$0.00**<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **2876**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 10<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| GILES COUNTY GENERAL SESSIONS COURT<br>P O BOX 678<br>PULASKI, TN  38478 | **$0.00**<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 11<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| HILLSIDE HOSPITAL<br>RESURGENT CAPITAL SERVICES<br>P O BOX 1927<br>GREENVILLE, SC  29602 | **$570.54**<br>DATE FILED: 3/16/2016 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **3128**<br>COMM: ALL ACCTS |
| | TRUSTEE'S CLAIM NO: 12<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 3 |
| INSIGHT RADIOLOGY<br>P O BOX 5000<br>LEBANON, TN  37088 | **$0.00**<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: ALL ACCTS |
| | TRUSTEE'S CLAIM NO: 13<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |

| Creditor | Amount / Date | Status |
|---|---|---|
| BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355 | $8,876.52<br>DATE FILED: 4/19/2016 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **5662**<br>COMM: MAIN ST ACQUISITION CORP SANTANDER CONSUMER |
| | TRUSTEE'S CLAIM NO: 14<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 6 |
| MAURY REGIONAL EMERGENCY DEPARTMENT<br>REVENUE RECOVERY CORPORATION<br>P O BOX 50250<br>KNOXVILLE, TN 37950 | $72.85<br>DATE FILED: 6/10/2016 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **1497**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 15<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 8 |
| SECURITY FINANCE<br>SFC CENTRAL BANKRUPTCY<br>P O BOX 1893<br>SPARTANBURG, SC 29304 | $1,306.00<br>DATE FILED: 4/13/2016 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **9456**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 16<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 5 |
| SELECT PORTFOLIO SERVICES<br>ATTN BANKRUPTY DEPT<br>P O BOX 65250<br>SALT LAKE CITY, UT 84165 | $0.00<br>DATE FILED: NOT FILED | NOTICE ONLY (N)<br>Disb level: 0<br><br>ACCT:<br>COMM: |
| | TRUSTEE'S CLAIM NO: 17<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| SMITH NORTHVIEW CAMPUS SGMC<br>CBA TIFTON<br>321 MAIN ST<br>TIFTON, GA 31794 | $0.00<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **5318**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 18<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| SO TN REGIONAL HEALTH SYSTEMS<br>P O BOX 99400<br>LOUISVILLE, KY  40269 | $0.00<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT:<br>COMM: ALL ACCTS |
| | TRUSTEE'S CLAIM NO: 19<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| SOUTH GEORGIA ANESTHESIA SPEC<br>ONLINE COLLECTIONS<br>P O BOX 1489<br>WINTERVILLE, NC  28590 | $0.00<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **2541**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 20<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| VALDOSTA MEDICAL CLINIC<br>NATIONAL CREDIT SYSTEMS<br>117 E 24TH ST<br>NEW YORK, NY  10010 | $0.00<br>DATE FILED: NOT FILED | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **5555**<br>COMM: |
| | TRUSTEE'S CLAIM NO: 21<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# |
| AT T<br>BANKRUPTCY DEPT<br>1801 VALLEY VIEW LANE<br>DALLAS, TX  75234 | $0.00<br>DATE FILED: NOT FILED | COSTED - LEASE PYMT/POST PET<br>Disb level: 0<br>REJECT<br>ACCT:<br>COMM: CELL PHONE |
| | TRUSTEE'S CLAIM NO: 22<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |
| BESTWAY RENTAL<br>104 NORTHWAY SHOPPING CT<br>COLUMBIA, TN  38401 | $0.00<br>DATE FILED: NOT FILED | COSTED - LEASE PYMT/POST PET<br>Disb level: 0<br>REJECT<br>ACCT:<br>COMM: WASHER DRYER |
| | TRUSTEE'S CLAIM NO: 23<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# |

| | | |
|---|---|---|
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603 | **$4,452.11**<br>DATE FILED: 6/23/2016 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **0326**<br>COMM: WASHINGTON MUTUAL |
| | TRUSTEE'S CLAIM NO: 24<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 9 |
| CAPITAL ONE AUTO FINANCE<br>ASCENSION CAPITAL GROUP<br>P O BOX 201347<br>ARLINGTON, TX  76006 | **$8,268.25**<br>DATE FILED: 3/30/2016 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **9491**<br>COMM: UNSECURED PORTION OF SPLIT CLAIM |
| | TRUSTEE'S CLAIM NO: 10003<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 4 |
| FARMERS FURNITURE<br>P O BOX 1140<br>DUBLIN, GA  31040 | **$2,582.18**<br>DATE FILED: 3/9/2016 | UNSECURED CREDITOR (H)<br>Disb level: 41<br><br>ACCT: **0183**<br>COMM: UNSECURED PORTION OF SPLIT CLAIM |
| | TRUSTEE'S CLAIM NO: 10004<br>PERCENT ALLOWED: **20.00 %** | COURT'S CLAIM# 2 |
| TOTAL | | $74,262.38 |

The Trustee proposes to pay on such claims unless such claims are disallowed.

Accordingly, the Trustee notifies the court and the debtor that those claims which have been filed be deemed allowed for the purpose of distribution pursuant to the confirmed plan.

| | | |
|---|---|---|
| 10/05/2016<br>DATE | AMA<br>INITIALS | /s/ Henry E. Hildebrand, III<br>HENRY E. HILDEBRAND, III<br>CHAPTER 13 TRUSTEE<br>P O BOX 340019<br>NASHVILLE, TN  37203<br>PHONE: 615-244-1101<br>FAX: 615-242-3241<br>pleadings@ch13nsh.com |

```
cc:HENRY E. HILDEBRAND, III          J ROBERT HARLAN
   TIMOTHY ROBERT TOOTLE             P O BOX 949
   KAREN LYNN TOOTLE                 COLUMBIA, TN  38402-0949
   264 JOHNS CEMETERY RD
   PULASKI, TN  38478
```